MAX STORCH and BENJAMIN ALTER, Respondents, v. ABRAM GREENFIELD, Appellant.— In an action brought by the plaintiffs to recover damages upon a certain agreement in writing entered into between the parties, judgment of the County Court of Rockland county ·in favor of the plaintiffs reversed upon the law and the facts and a new trial granted, with costs to appellant to abide the event, on the ground that the verdict is against the weight of· the evidence and on the further ground that the charge of the court was so contradictory and confusing that it failed to submit the case clearly to the jury. Lazansky, P. J., Young, Davis, Johnston and Adel, JJ., concur.

JOSEPH STRIANO, an Infant, by JOSEPH STRIANO, SR., His Guardian ad Litem, and JOSEPH STRIANO, SR., Appellants, v. THE CONTINENTAL CASUALTY COMPANY, Respondent.— In an action brought under section 109 of the Insurance Law, order vacating the judgment obtained by plaintiffs by default and extending defendant's time to answer reversed on the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, without prejudice to a renewal by defendant of its motion to open its default and to extend its time to answer upon presenting a sufficient affidavit showing that it has a meritorious defense to this action. Lazansky, P. J., Young, Davis, Johnston and Adel, JJ., concur.